UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ25-372 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| OSCAR CARILLO-LUGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:

   1.  Reentry of Removed Alien

Date of Detention Hearing:    June 16, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, as well as the reasons stated on the record at the hearing, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of the community or the appearance of defendant as required.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant poses both a risk of flight and danger to the community.   He has a prior conviction for controlled substances involving a significant amount of fentanyl and made a statement to law enforcement officers investigating that offense that he intended to return to Mexico.   According to the government he has ties to Mexico and has sent cash to recipients there.   There are no established ties to this District.   He does not contest detention at this time.

2.    There does not appear to be any condition or combination of conditions that will ensure the safety of the community or reasonably assure the Defendant's appearance at future Court hearings.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 17th Day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3